## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to the Information, **DEWAYNE DAVIS** ("**DAVIS**") was a resident of Maryland and was in a dating relationship with **Karen Moran**. Between on or about June 25, 2014, and on or about May 16, 2016, **Moran** worked for Company A, a real estate company based in Silver Spring, Maryland. During her time as an employee for Company A, **Moran** worked as an administrative assistant with some accounting and bookkeeping responsibilities. As part of **Moran**'s duties at Company A, **Moran** had access to Company A's electronic check-making software and paper checkbook.

**Moran** maintained a personal checking account at Capital One Bank ending in x9877 (the "Moran Account"). At SunTrust Bank, Company A maintained an escrow account ending in x8355 (the "Escrow Account") and an operating account ending in x8306 (the Operating Account).

Between at least in or about June 2015 and in or about May 2016, in the District of Maryland and elsewhere, **DAVIS** and **Moran** devised a scheme and artifice to defraud Company A and to obtain money from Company A by means of materially false and fraudulent pretenses, representations, and promises, with the intent to defraud and with knowledge of the scheme's fraudulent nature ("the scheme to defraud").

Between at least on or about June 17, 2015 and on or about May 3, 2016, **DAVIS** and **Moran** used Moran's position at Company A to embezzle $133,875 from Company A. **DAVIS** and **Moran** did this by **Moran**'s drafting thirteen unauthorized checks from the Escrow Account and one unauthorized check from the Operating Account. These checks were made out to **DAVIS**, and deposited into the Moran Account. **DAVIS** endorsed the checks and provided his driver's license and other information. Specifically, on or about September 30, 2015, for the purpose of executing the scheme to defraud, **DAVIS** and **Moran** knowingly caused the transmission of a wire communication in interstate commerce, to wit, a wire transmission from the Operating Account in Maryland through a server outside of Maryland, caused by depositing a $12,860 check into the Moran Account.

According to bank records, **DAVIS** and **Moran** ultimately used stolen funds for their own benefit, including personal clothing, restaurants, and travel.

In total, the loss to Company A because of **DAVIS** and **Moran**'s conduct was approximately **$133,875**.

SO STIPULATED:

*Elizabeth Wright*
_____
Elizabeth Wright
Erin B. Pulice
Assistant United States Attorneys

*Dewayne Davis*
_____
Dewayne Davis
Defendant

*Joseph Gigliotti*
_____
Joseph Gigliotti, Esq.
Counsel for Defendant

11